IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
21 JAN 19 PM 4:53
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| DAVID BACON INCORPORATED<br>D/B/A D.B.I. AND DAVID BACON,<br>INDIVIDUALLY,<br>　　　　PLAINTIFFS,<br><br>V.<br><br>PRUITT PRODUCTION SERVICES,<br>INC.,<br>　　　　DEFENDANT. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CAUSE NO. 1:20-CV-627-LY |

## ORDER CLOSING CASE

Before the court is the above entitled cause. On January 19, 2021, the parties filed a Joint Stipulation to Dismiss with Prejudice. (Doc. #13), which the court has approved by separate order. Accordingly,

**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

SIGNED this ___19th___ day of January, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE